# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **JAMES MCLYNAS,**<br>and those similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>**STATE OF TENNESSEE,** *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00186<br>) Phillips<br>)<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motions to dismiss by defendants, State of Tennessee, Department of Human Services, State of Tennessee, Child Support Services of Tennessee, Chancellor Sharon Bell, Pat Williams, Howard Hogan, Faye Wilson, Referee Brenda Lindsay-McDaniel, Robin Gresham, Kevin Teffeteller, Alexis Smith, Craig Thompson, Andrea Wyatt, and Doe Defendants 1-10. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff, James McLynas, take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants, State of Tennessee, *et al.*, recover of the plaintiff, James McLynas, its costs of action.

Dated at Knoxville, Tennessee, this _____ day of _____, 2007.

s/ Patricia L. McNutt
Clerk of Court
